UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MALCOLM WILSON,                )
                               )
        Petitioner,            )
v.                             )   No. 1:06-cv-109-SEB-VSS
                               )
STANLEY KNIGHT,                )
                               )
        Respondent.            )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/05/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Malcolm Wilson
DOC #104959
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770